WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan M Arther,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-20-00189-PHX-JAT (JFM)<br><br>**ORDER** |

　　　　In the Scheduling Order filed April 19, 2021, Plaintiff was given through May 17, 2021 to either dismiss, serve, or show cause why Defendants Ryan, Heller and Eye Doctors should not be dismissed for failure to timely serve. Plaintiff then completed service on Heller and Eye Doctors. Plaintiff neither dismissed, served, nor shown cause why Ryan should not be dismissed. Plaintiff had in the interim filed his Fourth Amended Complaint (Doc. 66). However, the filing of an amended complaint does not reset the time for service, except as to newly added defendants. *See* Wright & Miller, *Time Limit for Service*, 4B Fed. Prac. & Proc. Civ. § 1137, at text surrounding nn. 38 & 39 (4th ed.).

　　　　Accordingly, in its Order filed June 23, 2021 (Doc. 67), the Court ordered Plaintiff to file a memorandum showing cause why Defendant Ryan should not be dismissed without prejudice for failure to effect timely service. Plaintiff has not responded. Dismissal of a party is appropriate where a plaintiff fails to show good cause for delays in service. *See Walker v. Sumner*, 14 F.3d 1415 (9th Cir. 1994) (upholding dismissal where no showing of good cause for delay in service).

**IT IS THEREFORE ORDERED**, pursuant to Rule 4(m), Defendant Ryan is DISMISSED WITHOUT PREJUDICE.

Dated this 15th day of July, 2021.

_____
James A. Teilborg
Senior United States District Judge