Cynthia Y. Patane, Esq. #018439
KENT & WITTEKIND, P.C.
909 East Missouri Avenue
Phoenix, AZ  85014
Telephone: (602) 261-7770
Court Documents: minuteentries@kwlaw-az.com
*Attorneys for Defendants Warren Heller, M.D.
and Eye Doctors of Arizona, PLLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan M. Arther,<br><br>  Plaintiff,<br><br>vs.<br><br>Corizon Health Inc., a private entity; Dr. Heller, an individual; Eye Doctors of Arizona, PLLC; Former Arizona Department of Corrections Director Charles Ryan, Acting Arizona Department of Corrections Director David Shinn; Arizona Department of Corrections Officers John (or Jane) Does 1, 2, 4, 6, 7, 8 and 10; Arizona Department of Corrections IFF Liaison John (or Jane) Doe 9; Arizona Department of Corrections Officer John Doe – Ferman; Arizona Department of Corrections Officer John Doe – Stevens; Nurse and Health Provider John (or Jane) Doe 3; Nurse and Health Provider John (or Jane) Doe 5,<br><br>  Defendants. | No. CV20-00189-PHX-JAT (JFM)<br><br>**DEFENDANTS HELLER AND EYE DOCTORS OF ARIZONA, PLLC'S RESPONSE TO NOTICE OF AUTOMATIC STAY** |

Defendants Warren Heller, M.D. and Eye Doctors of Arizona, PLLC, object to the application of the automatic bankruptcy stay to Plaintiff's claims against them. Corizon's bankruptcy does not stay the action against non-debtors. *See In re Chugach Forest Prods., Inc.*, 23 F.3d 241, 246 (9th Cir. 1994). Dr. Heller and Eye Doctors of Arizona are non-debtor parties. As a result, Plaintiff should be required to continue to prosecute his case against them.

Dr. Heller and Eye Doctors of Arizona filed a Motion for Summary Judgment on 9/16/2022 on the issues of whether Eye Doctors of Arizona acted under color of state law,

-1-

whether Dr. Heller and Eye Doctors of Arizona were deliberately indifferent to Plaintiff's medical needs, and whether their alleged indifference was the cause of any injury. The Motion was fully briefed on 12/7/2022. The Motion does not take a position against Corizon, Corizon did not object to the Motion, and Corizon will not suffer any prejudice if the Motion is decided in its absence. Thus, the Motion could be heard and decided during a stay of the action against Corizon.

As a result, Defendants Dr. Heller and Eye Doctors of Arizona request that the Court not extend the stay to the claims against them, permitting the Motion for Summary Judgment to be resolved during the automatic stay of Plaintiff's claims against Corizon.

DATED this 10th day of March 2023.

KENT & WITTEKIND, P.C.

By  /s/ Cynthia Y. Patane
    Cynthia Y. Patane
    *Attorneys for Defendants Warren Heller, M.D. and*
    *Eye Doctors of Arizona, PLLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

Angel A. Raymond
A. A. RAYMOND LAW FIRM, PLLC
44400 W. Honeycutt Road, Suite 110
Maricopa, AZ  85138
*Attorneys for Plaintiff*

Anthony J. Fernandez
Sydney Goodhand
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Drive, Suite 100
Scottsdale, AZ  85260
*Attorneys for Defendants Corizon Health, Inc., et al.*

   /s/ Deanna Hedegard