A. A. Raymond Law Firm, PLLC
44400 W. Honeycutt Rd. Ste. 110
Maricopa, AZ 85138
P- 520-208-2274
F- 520-208-2275
angel@aaraymondlaw.com
Angel A. Raymond #033828
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathon M. Arther,<br><br>          Plaintiff<br><br>vs.<br><br>Corizon Health, Inc., a private entity; Dr. Heller, an individual; Eye Doctors of Arizona, PLLC; Former Arizona Department of Corrections Director Charles Ryan, Acting Arizona Department of Corrections Director David Shinn; Arizona Department of Corrections Officers John (or Jane) Does 1, 2, 4, 5, 7, 8, and 10; Arizona Department of Corrections IFF Liaison John (or Jane) Doe 9; Arizona Department of Corrections Officer john Doe – Ferman; Arizona Department of Corrections Officer John Doe – Stevens; Nurse and Health Provider John (or Jane) Doe 3; Nurse and Health Provider John (or Jane) Doe 5.<br><br>          Defendants. | Case No.: CV20-00189-PHX-JAT<br><br>PLAINTIFF'S RESPONSE REGARDING AUTOMATIC STAY |

COMES NOW, Plaintiff, Jonathon M. Arther, by and through counsel undersigned and hereby respectfully submits this response to the Court Order dated

March 2, 2023, regarding the Notice of Automatic Stay filed by counsel for Defendant, Corizon Health, Inc., on February 14, 2023.

Corizon Health, Inc's Suggestion of Bankruptcy and Notice of Automatic Stay filed on February 14, 2023, states that Tehum Care Services, Inc. d/b/a Corizon Health, Inc. filed a voluntary petition pursuant to Chapter 11 of title 11 of the United States Bankruptcy Code. Plaintiff will be filing a Motion for Relief in the bankruptcy case, asking the Court to lift the automatic stay and allow this case to proceed against Corizon.

Plaintiff requests that this Court find that the automatic stay applies only to the debtor, Defendant Corizon Health, Inc., that Plaintiff's 1983 claim may proceed against all remaining Defendants; specifically including, Christopher Johnson, DO, Cindy Walton-Sparks, Kimberly Brinton, and Claudine Kabongo, as they have been named in their individual capacities and the Bankruptcy court has not issued an order extending the stay to Co-Defendants.

**RESPECTFULLY SUBMITTED** this 10th day of March, 2023.

*/s/Angel A. Raymond*
Angel A. Raymond
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day March, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were E-mailed to all counsel of record at the following addresses:

Anthony J. Fernandez, Esq.
Sydney Goodhand, Esq.
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Dr., Suite 100
sydney.goodhand@qpwblaw.com
bmckinley@qpwblaw.com
*Attorneys for Defendant Corizon Health, Inc. Christopher Johnson, DO, Cindy Walton-Sparks, Kimberly Brinton, and Claudine Kabongo*

Cynthia Y. Patane, Esq.
Kent & Wittekind, P.C.
909 E. Missouri Ave.
Phoenix, AZ 85014
Cell Phone: 602-321-1691
E-mail: cpatane@kwlaw-az.com
*Attorney for Dr. Warren Heller*

By:     /s/ Angel A. Raymond